IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **SALLY FITZGERALD, an individual; on behalf of herself and all others similarly situated,**<br><br>**v.**<br>**GRAND CIRCLE, LLC d/b/a OVERSEAS ADVENTURE TRAVEL** | **CIVIL ACTION**<br>**NO. 20-2586** |

## ORDER

**AND NOW,** this 20th day of October, 2020, upon consideration of Defendant Grand Circle LLC's Motion to Dismiss Amended Complaint and/or Compel Arbitration (ECF 13), and the Response and Reply thereto (ECF 14 and 15, respectively), and for the reasons given in the accompanying Memorandum, it is hereby **ORDERED** that Defendant's Motion is **GRANTED** in part and **DENIED** in part, as follows:

- The Court severs the Overseas Adventure Travel Passenger Agreement's requirements that consumer claims must proceed in arbitration exclusively located in Boston, Massachusetts and with equal division of costs;

- The Court denies Grand Circle LLC's motion to dismiss the Amended Complaint;

- The Court compels arbitration through JAMS, subject to the non-severed terms of the Overseas Adventure Travel Passenger Agreement; and

- The Court stays the present litigation pending arbitration.

It is **FURTHER ORDERED** as follows:

1. All proceedings are stayed until further Order of the Court;

2. The case shall be transferred to the Civil Suspense File;

3. The Clerk of the Court shall mark this case closed for statistical purposes;

4. The Court shall retain jurisdiction over the case and the case shall be returned to the Court's active docket in 365 days or upon further order of the Court;

5. Counsel shall provide a written status report to the Court every six (6) months; and

6. The entry of this Order shall not prejudice the rights of the parties to this litigation.

**BY THIS COURT:**

s/ Michael M. Baylson
_____
**MICHAEL M. BAYLSON
United States District Court Judge**

O:\CIVIL 20\20-2586 Fitzgerald v Grand Circle\20cv2586 Order re Second Motion to Dismiss.Arbitration.docx